IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv278-MHT |
| ) | (WO) |
| KAY IVEY, Alabama Governor, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Plaintiff filed this lawsuit asserting Alabama Governor Kay Ivey and other defendants in their official capacities violated his civil rights by withholding his healthcare, salary, and other benefits for a period of 19 years and 7 months after he was terminated from the Alabama Department of Transportation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of August, 2024.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**