IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,                 )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:24cv278-MHT
                                )            (WO)
KAY IVEY, Alabama Governor,     )
et al.,                         )
                                )
    Defendants.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 9) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 8) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C. § 1915(e)(2).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of August, 2024.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE